1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ERIC PEREZ,                                    No.  2:13-cv-01921 DAD P

12                  Petitioner,

13            v.                                     ORDER

14   CONNIE GIPSON,

15                  Respondent.

16

17          Petitioner is a state prisoner proceeding pro se and in forma pauperis in this habeas corpus

18   action filed pursuant to 28 U.S.C. § 2254.  The parties have consented to magistrate judge

19   jurisdiction over this action for all purposes, pursuant to 28 U.S.C. § 636(c) and Local Rule

20   305(a).  (See Dkt. Nos. 8, 10.)

21          On June 2, 2014, this court directed petitioner to file and serve, within 21 days, an

22   opposition, or statement of non-opposition, responsive to respondent's pending motion to dismiss.

23   (See ECF No. 12.)  The court also informed petitioner that:  "Failure to comply with this order will

24   result in the dismissal of this action pursuant Federal Rule of Civil Procedure 41(b)."  (Id. at 2.)  More

25   than 21 days have passed, and petitioner has not responded to the court's order, or otherwise

26   communicated with the court.

27   ////

28   ////

                                                     1

1          Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

2          1.  This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure

3    41(b); and

4          2.  The Clerk of Court is directed to close this case.

5    Dated:  July 1, 2014

6

7                                                    _____
                                                     DALE A. DROZD
                                                     UNITED STATES MAGISTRATE JUDGE
8    DAD:4
     pere1921.dsms.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                     2